UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOUA XIONG,<br><br>        Petitioner,<br><br>    v.<br><br>MARTIN BITER, Warden,<br><br>        Respondent. | 1:14-cv-02078 AWI MJS (HC)<br><br>ORDER DISMISSING APPLICATION TO PROCEED IN FORMA PAUERIS AS MOOT<br><br>(Doc. 11) |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254. On January 16, 2015, Petitioner filed an application to proceed in forma pauperis.  As Petitioner was authorized to proceed in forma pauperis for this action on December 30, 2014, IT IS HEREBY ORDERED THAT Petitioner's application to proceed in forma pauperis is DISMISSED as moot.

IT IS SO ORDERED.

Dated:   January 20, 2015           /s/ *Michael J. Seng*
                                                        UNITED STATES MAGISTRATE JUDGE