1
2
3
4
5
6
7
8
9

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

**KOUA XIONG,**

11                                                   **ORDER   ADOPTING   FINDINGS   AND
                                                     RECOMMENDATION**
12                              Petitioner,

13              **v.**                               **[Docs. 14, 18]**

14

15  **MARTIN BITER,**

16                              Respondent.

1:14-cv-02078 AWI MJS HC

17

18          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas

19  corpus pursuant to 28 U.S.C. § 2254.

20          On   March   30,   2015,   the   Magistrate   Judge   issued   a   Findings   and

21  Recommendation that Respondent's Motion to Dismiss be GRANTED. This Findings

22  and Recommendation was served on all parties with notice that any objections were to

23  be filed within thirty (30) days of the date of service of the order.  Neither party filed

24  objections.

25          In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has

26  conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the

27  Court  concludes  that  the  Magistrate  Judge's  Findings  and  Recommendation  is

28  supported by the record and proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1.  The Findings and Recommendation issued March 30, 2015, is ADOPTED;

2.  Respondent's Motion to Dismiss is GRANTED;

3.  The Petition for Writ of Habeas Corpus is DISMISSED with prejudice as untimely; and

4.  The Court DECLINES to issue a Certificate of Appealability. 28 U.S.C. § 2253(c); Slack v. McDaniel, 529 U.S. 473, 484 (2000) (in order to obtain a COA, petitioner must show: (1) that jurists of reason would find it debatable whether the petition stated a valid claim of a denial of a constitutional right; and (2) that jurists of reason would find it debatable whether the district court was correct in its procedural ruling. Slack v. McDaniel, 529 U.S. 473, 484 (2000). In the present case, jurists of reason would not find debatable whether the petition was properly dismissed with prejudice as time-barred under 28 U.S.C. § 2244(d)(1). Petitioner has not made the required substantial showing of the denial of a constitutional right.

IT IS SO ORDERED.

Dated:   June 10, 2015                    _____

SENIOR  DISTRICT  JUDGE